Ahmad AKBARNIA, individually and as next friend of Merriam Akbarnia, Plaintiff–Appellant,

v.

Burton DEMING and Jeffrey J. Montolio, Defendants–Appellees.

No. 94–3051.

United States Court of Appeals, Tenth Circuit.

March 23, 1995.

Ahmad Akbarnia, pro se.

David R. Erickson and Kristopher A. Kuehn, Blackwell, Sanders, Matheny, Weary & Lombardi, Overland Park, KS, for defendants-appellees.

Before ANDERSON and HOLLOWAY, Circuit Judges, and DOWNES, District Judge.*

DOWNES, District Judge.

We have considered the issues raised by the appellants and determined summary

---

* The Honorable William F. Downes, United States District Judge for the District of Wyoming, sitting by designation.

1. After examining the briefs and appellate record, this panel has determined unanimously that

---

judgment was properly granted in this case. The judgment is therefore AFFIRMED for the reasons given by the district court.[1] *Akbarnia v. Deming*, 845 F.Supp. 788 (D.Kan. 1994).

---

oral argument would not materially assist in the determination of this appeal. *See* Fed.R.App.P. 34(a); 10th Cir.R. 34.1.9. The cause is therefore ordered submitted without oral argument.